■ JENNIFER FELICIANO, Respondent, v MOHAMMAD MALIK et al., Appellants, et al., Defendants. [868 NYS2d 917]

The Supreme Court properly found that there are triable issues of fact requiring the denial of the appellants' motion for summary judgment (*see* CPLR 3212). Spolzino, J.P., Santucci, Miller, Dickerson and Eng, JJ., concur.